■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GEORGE, Appellant.—Judgment, Supreme Court, New York County (Dennis Edwards, Jr., J.), rendered on October 27, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK DRAYTON, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered on October 29, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Rosenberger, Wallach and Smith, JJ.